UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

DA'QUAN TUCKER,

Defendant.

-----------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-489-PMH

An Initial Conference has been scheduled for October 22, 2024 at 12:30 p.m. in Courtroom 521 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 521 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       October 18, 2024

_____
Philip M. Halpern
United States District Judge