UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :           **MOTION SCHEDULING**
                                :           **ORDER**
DA'QUAN TUCKER,                 :
                                :           7:24-cr-00489-PMH
                                :
                    Defendant.  :
-------------------------------------------------------------x

    At yesterday's status conference, the Court set the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by January 31, 2025.

2. The government's opposition shall be filed by February 28, 2025.

3. Defendant's reply, if any, shall be filed by March 14, 2025.

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

    Counsel shall submit a courtesy copy of all motion papers to Chambers.

    If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the government consents to a hearing.

    Oral argument is scheduled for April 15, 2025 at 2:30 p.m.

    For the reasons stated on the record at yesterday's conference, time is excluded under the Speedy Trial Act in the interest of justice until April 15, 2025.

    See transcript.

Dated: White Plains, New York
       December 19, 2024

                                          SO ORDERED:

                                          _____
                                          Philip M. Halpern
                                          United States District Judge