# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

---

> Application granted. Defendant's motions, if any, shall be filed by February 14, 2025. The Government's opposition shall be filed by March 14, 2025. Defendant's reply, if any, shall be filed by March 28, 2025. Oral argument is still scheduled for April 15, 2025 but may be adjourned depending on the filings. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 10).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 31, 2025

VIA EMAIL and ECF

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Ave.
White Plains, NY 10601

Re:    *United States v. Tucker*, 24-cr-489 (PMH)

Dear Judge Halpern,

I write to request two additional weeks to file motions in the above-captioned case. Motions are due tomorrow, January 31, 2025. Counsel is working hard to resolve the case in a pretrial plea. Government counsel has been on leave and defense counsel has been largely unavailable due to a trial. The parties intend to discuss a final plea offer early next week, which I will then bring to the client, who is housed at MDC Brooklyn.

I have discussed this requested two-week adjournment with AUSA Justin Brooke. He has no objection.

Thank you for consideration of this request.

Sincerely,

Rachel Martin

cc:    AUSA Justin Brooke