UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

DA'QUAN TUCKER,

               Defendant.
-----------------------------------------------------------x

**SCHEDULING ORDER**

7:24-CR-00489 (PMH)

     A Change of Plea Hearing is scheduled for March 20, 2025 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED.**

Dated: White Plains, New York
        March 7, 2025

_____
Philip M. Halpern
United States District Judge