UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

DA'QUAN TUCKER,

Defendant.

-----------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-489-PMH

The Change of Plea Hearing scheduled for March 20, 2025 is re-scheduled to April 2, 2025 at 2:30p.m. in the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 14, 2025

_____
Philip M. Halpern
United States District Judge