UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DA'QUAN TUCKER,

                        Defendant.
-------------------------------------------------------X

**SCHEDULING ORDER**

7:24-cr-489-PMH

The Change of Plea Hearing scheduled for April 2, 2025 is re-scheduled to March 19, 2025 at 10:00 a.m. in the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 17, 2025

_____
Philip M. Halpern
United States District Judge