UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA     :
    :
v.     :     **RESCHEDULING ORDER**
    :
DA'QUAN TUCKER,     :     7-24-cr-00489-PMH
    :
          Defendant.     :
------------------------------------------------------------x

The Sentencing hearing scheduled for September 18, 2025 is rescheduled to July 23, 2025 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse.

Defendant's sentencing submission is due by July 2, 2025. Government's sentencing submission is due by July 16, 2025.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
        June 17, 2025

_____
Philip M. Halpern
United States District Judge